## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**DARYL ROYSTER,**
     **Plaintiff,**

**vs.**                     **3:06cv157/RV/MD**

**DEBBIE RITCHIE, et al.,**
     **Defendants.**

_____

## O R D E R

     **Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 14, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.**

     **Accordingly, it is now ORDERED as follows:**

     **1.**     **The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

     **2.**     **This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court and the clerk is directed to close the file.**

     **DONE AND ORDERED this 15th day of August, 2006.**


                                   **/s/** *Roger Vinson*
                                   **ROGER VINSON**
                                   **SENIOR UNITED STATES DISTRICT JUDGE**